No. 18,613.

C. C. EPP, *Appellee*, v. CHARLES R. HINTON et al.,
*Appellants*.

Appeal from Harvey district court; CHARLES E.
BRANINE, judge. Opinion denying a rehearing, but
modifying order heretofore made, filed March 19, 1914.
(For original opinion see *ante*, p. 513, 138 Pac. 576.)

*Albert Hoskinson, R. W. Hoskinson,* both of Gar-
den City, and *Granby Hillyer,* of Kansas City, Mo., for
the appellants.

*Clarence Spooner, Ezra Branine,* and *H. W. Hart,* all
of Newton, for the appellee.

The opinion of the court was delivered by

MASON, J.: Upon full consideration of a petition for
a rehearing, the court adheres to the views already ex-
pressed upon the merits of the case. (*Epp v. Hinton,*
ante, p. 513, 138 Pac. 576.) The appellants specifically
ask, however, that in the event of the overruling
of the petition for a rehearing the order already
made be modified so that upon the further trial evidence
may be introduced upon the actual value of the dry
land, as well as upon what its value would have been
had it been irrigable. The defendants say that, relying
upon the proposition that no evidence had been intro-
duced upon the latter proposition, they did not feel
called upon to offer evidence upon the former. No in-
justice can result from a full examination of the mat-
ter, and the amendment asked for will be made.

The petition for a rehearing is denied, but it is di-
rected that the district court, upon such evidence as

the parties shall offer, shall find the actual value of the land, and what its value would have been had it been irrigable, and render judgment for the difference.